**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **WARREN YOUMANS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 11-628 (RMC)** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____

### ORDER ON REPORT AND RECOMMENDATION

Plaintiff Warren Youmans filed suit seeking to reverse the decision of the Social Security Administration denying him Social Security Disability Benefits.  On April 24, 2012, Magistrate Judge Kay entered a memorandum opinion denying Plaintiff's motion for a judgment of reversal and granting Defendant's motion for judgment on the pleadings.  Shortly thereafter, this Court deemed the memorandum opinion to be a Report and Recommendation and stated that Plaintiff may file a written objection no later than July 20, 2012.[1]  Plaintiff failed to file any objection.

After careful review, this Court adopts the well-reasoned analysis of Magistrate Judge Kay.  It is hereby

**ORDERED** that the Report and Recommendation [Dkt. 16] is **ADOPTED**; and it is

_____

[1] Plaintiff was also told that a failure to timely object to the Report and Recommendation may result in a waiver of Plaintiff's right to appeal any District Court order adopting the Report and Recommendation.

1

**FURTHER ORDERED** that Plaintiff's Motion for Judgment of Reversal

[Dkt. 9] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion for Judgment on the Pleadings

[Dkt. 11] is **GRANTED.**

This case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

Date:  August 13, 2012

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge